UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHAWNETT ADAMS | Case Number 2:12-cv-05912-JLL-MAH |
| Plaintiff | |
| vs. | NOTICE OF VOLUNTARY DISMISSAL |
| WILLIAMS & FUDGE, INC. | JURY TRIAL DEMANDED |
| Defendants | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Shawnett Adams pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice. Each party is responsible for their own attorney's fees and costs.

BY: /s/ Brent F. Vullings
Brent F. Vullings, Esquire
Attorney for Plaintiff
Vullings Law Group, LLC
3953 Ridge Pike, Suite 102
Collegeville, PA 19426
610-489-6060

SO ORDERED:
DATED: 11/9/12